**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 99-30459
Summary Calendar**

_____

**FOUR GEES TRUST,**

**Plaintiff-Appellant,**

**versus**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Middle District of Louisiana
(98-CV-709-A )**

_____

**September 16, 1999**

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Four Gees Trust appeals the dismissal, for lack of subject matter jurisdiction, of its wrongful levy action against the Government, which arose from the seizure of 24 shares of stock by the IRS to satisfy a third party's outstanding tax liabilities. This action was dismissed because Four Gees failed to file it within the nine-month statutory period in which the United States has waived its sovereign immunity.

Four Gees contends that the district court erred in granting the dismissal because it sought an injunction against the sale of the stock in state court within the statutory period, and attempted

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in good faith to pursue its case.  Our review is *de novo*.  *See* ***Shanbaum v. United States***, 32 F.3d 180, 182 (5th Cir. 1994).

Pursuant to our review of the record and the briefs, and essentially for the reasons stated by the district court in granting the motion to dismiss, ***Four Gees Trust v. United States***, No. 98-709-A (M.D. La 24 Feb. 1999)(unpublished), the dismissal is

***AFFIRMED***.